# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

RICK GRAY

VERSUS

MAGNOLIA FLEET, LLC

NO.   2020 CW 0835

**OCTOBER 26, 2020**

---

In Re:   Magnolia Fleet, LLC, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 132986.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

> **VGW**
> **JEW**
> **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
         FOR THE COURT